UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80389-Civ-COHN/SNOW

UNITED STATES OF AMERICA,      )
                               )
                 Petitioner,   )
   v.                          )
                               )
ROBERT L. TARBETT,             )
                               )
                 Respondent.   )
_____)

### ORDER RELEASING RESPONDENT TARBETT FROM CUSTODY AND DETAILING ADDITIONAL REQUIREMENTS FOR COMPLETION OF COMPLIANCE WITH THIS COURT'S JUNE 2, 2006 ORDER ENFORCING IRS SUMMONS

**THIS CAUSE** is before the Court based upon the parties' statements at the Status Hearing held this date.  Having considered the parties' statements, and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Court finds that, on October 17, 2006, Respondent Robert L. Tarbett provided testimony, as sought by the IRS in relation to the IRS summons at issue, to the extent possible in his present state of incarceration and without present access to certain relevant documents;

2. In light of the Petitioner's representations regarding Respondent Tarbett's testimony to date, the Court finds that Respondent Tarbett has purged his contempt, to the extent possible, considering his present circumstances of incarceration;

3. As a result of the foregoing, the **United States Marshal shall forthwith release Respondent Tarbett from his incarceration** for civil contempt in relation to this case;

1

4. In order to complete his compliance with this Court's June 2, 2006 Order Enforcing IRS Summons, and fully purge his contempt, Respondent Tarbett shall gather all records pertinent to the IRS summons at issue (including but not limited to cancelled checks, bank account statements, and copies of invoices) which are currently at his home, or otherwise which will be within his immediate possession and control after his release, and present these records, along with all pertinent testimony relating to these records and this case as a whole, to IRS Revenue Officer J. Daley, IRS Revenue Officer B. Boggs and/or other designee of the IRS at the following date, time and place:

>    Monday, October 30, 2006
>    9:30 a.m.
>    Internal Revenue Service Office
>    Suite 500
>    1700 Palm Beach Lakes Blvd.
>    West Palm Beach, FL 33401;

5. In light of the fact that, in order to complete his compliance with the summons, Respondent Tarbett may have to secure additional records (including but not limited to bank records) to present to the IRS, and provide additional testimony concerning these records, Respondent Tarbett will cooperate in providing such additional records and testimony, relevant to the IRS summons at issue, at time(s) and date(s) convenient to the IRS officers indicated above, no later than a final completion date of Thursday, November 30, 2006; and

6. Counsel for the Petitioner will keep the Court advised of the need for any additional hearings in regard to the foregoing provisions. Counsel for the Petitioner will also advise the

Court as to when this file may be closed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 17th day of October, 2006.

                                                JAMES I. COHN
                                                United States District Judge

cc: AUSA David I. Mellinger, Ft. Lauderdale

    Robert L. Tarbett, Pro Se
    225 Sweetwater Bend
    Royal Palm Beach, FL   33411

    Robert L. Tarbett, Pro Se
    Broward County Jail
    DC # 900600330
    555 SE 1st Avenue
    Fort Lauderdale, FL 33301